Argued and submitted May 27, appeal dismissed June 15, 1988

ANGEL MICHAEL RODRIGUEZ,
*Petitioner,*

*v.*

BOARD OF PAROLE,
*Respondent.*

(CA A43396)

755 P2d 154

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

No appearance for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of the Parole Board's order rescinding his parole release date made after his return from an escape, and resetting his parole release date to August 31, 1988. The Board took that action, which resulted in a 180-day sanction for his escape, without granting him a hearing.

After his petition for review was filed, the Board withdrew its order, held a hearing and reset his parole release date to March 9, 1988. Petitioner filed an amended petition for review of the second order.

We are now advised by his counsel that the matter is moot.

Appeal dismissed.